IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation, and SPIN MASTER TOYS UK LIMITED, a United Kingdom corporation,<br><br>Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 23-cv-01506<br><br>**Hon. Steven C. Seeger**<br><br>**Magistrate Judge Heather K. McShain** |

**PLAINTIFFS' WITHDRAWAL OF REQUESTS FOR TEMPORARY INJUNCTION, ELECTRONIC SERVICE, AND TO JOIN DEFENDANTS**

Plaintiffs Spin Master Ltd. and Spin Master Toys UK Limited ("Plaintiffs") hereby withdraw their request for a temporary injunction against Defendants [14], electronic service[1] against Defendants [19], and its Memorandum Establishing that Joinder is Proper [27] in response to this Court's Order to show cause [26].

Plaintiffs have concurrently filed an amended complaint as a matter of course under Fed. R. Civ. P. 15 in light of the Order to show cause regarding joinder [26].

---

[1] Plaintiffs will address service against the remaining Defendant in a new filing in the future.

Dated this 18th day of September 2023.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Justin T. Joseph
Trevor C. Talhami
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
jjoseph@gbc.law
ttalhami@gbc.law

*Counsel for Plaintiffs*
*Spin Master Ltd. and Spin Master Toys UK Limited*