# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Spin Master Ltd., et al.

                          Plaintiff,

v.                                                         Case No.: 1:23−cv−01506
                                                         Honorable Steven C. Seeger

wangruize4457, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 31, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiffs' motion for the entry of default and default judgment (Dckt. No. [41]) is hereby granted. Defendant has failed to respond to the complaint, and has failed to respond to the motion for default. Final Judgment Order to follow. The complaint is dismissed. The case is closed. Civil case terminated. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.