# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SPIN MASTER LTD., a Canadian corporation, and SPIN MASTER TOYS UK LIMITED, a United Kingdom corporation,<br><br>Plaintiff,<br><br>v.<br><br>WANGRUIZE4457,<br><br>Defendant. | Case No. 23-cv-01506<br><br>Hon. Steven C. Seeger |

## FINAL JUDGMENT ORDER

This action having been commenced by Plaintiffs Spin Master Ltd. and Spin Master Toys UK Limited (collectively, "Spin Master" or "Plaintiffs") against the fully interactive, e-commerce store operating under the seller aliases identified as "wangruize4457" which allegedly offers to sell, and does sell, unauthorized, counterfeit and infringing Rubik's products on its e-commerce store, and Plaintiffs having moved for entry of Default and Default Judgment against the Seller Alias (the "Defaulting Defendant").

Plaintiffs having properly completed service of process on Defaulting Defendant, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendant received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendant of the pendency of the action and affording it the opportunity to answer and present its objections; and

Defaulting Defendant having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

This Court finds, without adversarial presentation, that it has personal jurisdiction over Defaulting Defendant since Defaulting Defendant directly targets its business activities toward consumers in the United States, including Illinois. Specifically, Plaintiffs have provided a basis to conclude that Defaulting Defendant has targeted sales to Illinois residents by setting up and operating an e-commerce store that targets United States consumers using the Seller Alias, offers shipping to the United States, including Illinois, accepts payment in U.S. dollars and/or funds from U.S. bank accounts, and has sold products using infringing and counterfeit versions of the RUBIK'S Trademarks (which is included in the chart below) to residents of Illinois.

| Registration No. | Trademark |
|---|---|
| 1,242,974 | RUBIK'S CUBE |
| 1,265,094 | |
| 7,033,371 | RUBIK'S |

THIS COURT FURTHER FINDS that Defaulting Defendant is liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Plaintiffs' Motion for Entry of Default and Default Judgment is GRANTED as provided in this Final Judgment, that Defaulting Defendant is deemed in default, and that this Final Judgment is entered against Defaulting Defendant.

IT IS FURTHER ORDERED that:

1. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiffs are awarded statutory damages against the Defaulting Defendant in the amount of one thousand dollars ($1,000) for willful use of counterfeits of the RUBIK'S Trademarks in connection with the sale of products through at least the Seller Alias.

2. Plaintiffs may enforce this Final Judgment Order as provided in the Federal Rules of Civil Procedure.

This is a Final Judgment.

Date: February 23, 2024

Steven C. Seeger
United States District Judge